HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JESUS CALDERON MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-CR-174-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO EXCLUDE TIME AND VACATE OCTOBER 13 STATUS CONFERENCE** |
| vs. | |
| JESUS CALDERON MONTES et al. | Date:  November 12, 2020 |
| Defendants. | Time:  9:30 A.M. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney McGregor W. Scott, through Assistant United States Attorney James Conolly, counsel for Plaintiff; Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Defendant Mr. Jesus Calderon Montes; and Clemente Jiménez, counsel for Defendant Ms. Deborah Martinez, that time between October 13, 2020 and November 12, 2020 (inclusive) may be excluded.

The above parties specifically stipulate as follows:

1. On September 28, 2020, Mr. Calderon Montes and Ms. Martinez were arraigned on the indictment associated with this matter.  *See* ECF No. 21.  At the hearing, a status conference was set for November 12, 2020 before the Hon. Judge Nunley. However, as discovery had not yet been produced, time was only excluded through October 13, 2020, and an additional status conference was also set before

       the Hon. Judge Barnes on October 13, 2020. The third defendant, Ms. Martha Gomez, was arraigned on the same day and entered into a time exclusion up to and including November 12, 2020, and therefore Ms. Gomez is not a party to this stipulation.

2. On October 8, 2020, the government produced discovery labeled as Bates 1-172. Counsel for Mr. Calderon Montes and Ms. Martinez represents that they requires additional time to review the discovery, investigate and research possible defenses and pretrial motions, consult with their clients, explore potential resolutions, and otherwise prepare for trial.

3. Therefore, by stipulation, counsel for Mr. Calderon Montes and Ms. Martinez now move to exclude time between October 13, 2020 and November 12, 2020 (inclusive). They further move to vacate the October 13, 2020 status conference before the Hon. Judge Barnes. **The November 12, 2020 status conference for all three defendants before the Hon. Judge Nunley will remain as set.**

4. The government does not object to the above.

5. Therefore, the above-named parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Calderon Montes, and Ms. Martinez in a speedy trial, and request the Court so to find.

6. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between October 13, 2020 and November 12, 2020 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Calderon Montes, and Ms. Martinez in a speedy trial.

*The remainder of this page is intentionally blank. Counsel signatures follow.*

Stipulation and [Proposed] Order to Exclude Time and Vacate October 13 Status Conference     -2-     *United States v. Calderon Montes et al.*, 20-CR-174-TLN

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: October 9, 2020 | */s/ Christina Sinha*<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JESUS CALDERON MONTES |
| Date: October 9, 2020 | */s/ Clemente Jiménez*<br>CLEMENTE JIMÉNEZ<br>Attorney for Defendant<br>DEBORAH MARTINEZ |
| Date: October 9, 2020 | MCGREGOR W. SCOTT<br>United States Attorney<br><br>*/s/ James Conolly*<br>JAMES CONOLLY<br>Assistant United States Attorney<br>Attorneys for Plaintiff |

Stipulation and [Proposed] Order to Exclude
Time and Vacate October 13 Status Conference     -3-     *United States v. Calderon Montes et al.*,
20-CR-174-TLN

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. Therefore, as to Defendants Jesus Calderon Montes and Deborah Martinez:

Time is excluded between October 13, 2020 and November 12, 2020 (inclusive);

The October 13, 2020 status conference before the Hon. Judge Barnes is vacated; and

The November 12, 2020 status conference before the Hon. Judge Nunley remains as previously set.

IT IS SO ORDERED.

Dated: October 13, 2020

Troy L. Nunley
United States District Judge