HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JESUS CALDERON MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  2:20-CR-174-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE AND EXCLUDE TIME** |
| vs. | |
| JESUS CALDERON MONTES et al. | Date:   September 1, 2022 |
| Defendants. | Time: 9:30 A.M. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney

Phillip Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff;

Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha,

counsel for Defendant Mr. Jesus Calderon Montes; and Clemente Jiménez, counsel for

Defendant Ms. Deborah Martinez, that the status conference, currently set for September 01,

2022, **may be continued to October 20, 2022 at 9:30 a.m., with time between and including**

**those dates excluded under Local Code T-4.**

The above parties specifically stipulate as follows:

1.      On September 28, 2020, Mr. Calderon Montes, Ms. Martinez, and another

individual were arraigned on the indictment associated with this matter, which

*inter alia* charges the three of them of engaging in a drug conspiracy.  *See* ECF

No. 21.

Stipulation and Order to Continue Status
Conference and Exclude Time                    -1-                    *United States v. Calderon Montes et al.*,
20-CR-174-TLN

2.    The government has produced discovery in this case that counsel for Mr. Calderon Montes and Ms. Martinez (hereinafter "defense counsel") requires additional time to review.  Defense counsel also requires additional time to investigate and research possible defenses and pretrial motions, consult with their clients, explore potential resolutions, and otherwise prepare for trial.

3.    By previous stipulation, a status conference in this matter was set for September 01, 2022, with time excluded until and including that date.  ECF No. 58.  By stipulation, counsel for Mr. Calderon Montes and Ms. Martinez now move for a modest continuance to October 20, 2022 at 9:30 a.m., with time excluded until and including that date.

4.    The government does not object to the above.

5.    Therefore, the above-named parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Calderon Montes, and Ms. Martinez in a speedy trial, and request the Court so to find.

6.    For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between September 01, 2022 and October 20, 2022 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public, Mr. Calderon Montes, and Ms. Martinez in a speedy trial.

*The remainder of this page is intentionally blank.  Counsel signatures immediately to follow.*

Stipulation and Order to Continue Status
Conference and Exclude Time                    -2-                    *United States v. Calderon Montes et al.,*
                                                                                              20-CR-174-TLN

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: August 30, 2022           */s/  Christina Sinha*
                                CHRISTINA SINHA
                                Assistant Federal Defender
                                Attorneys for Defendant
                                JESUS CALDERON MONTES

Date: August 30, 2022           */s/  Clemente Jiménez*
                                CLEMENTE JIMÉNEZ
                                Attorney for Defendant
                                DEBORAH MARTINEZ

Date: August 30, 2022           PHILLIP A. TALBERT
                                United States Attorney

                                */s/ James Conolly*
                                JAMES CONOLLY
                                Assistant United States Attorney
                                Attorneys for Plaintiff

1

**O R D E R**

2

   The Court, having received and considered the parties' stipulation, and good cause

3

appearing therefrom, adopts the parties' stipulation in its entirety as its order.

4

5

IT IS SO ORDERED.

6

7

Dated: August 30, 2022

8

           Troy L. Nunley
           United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28