PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JESUS ENRIQUE CALDERON-MONTES,<br>MARTHA AMELIA GOMEZ,<br>DEBORAH ANN MARTINEZ,<br><br>Defendants. | CASE NO. 2:20-CR-174-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER<br><br>DATE: October 20, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

This case was set for a status conference on October 20, 2022. By this stipulation, the parties request that the Court continue the status conference to November 17, 2022 at 9:30 AM, and to exclude time under Local Code T4, as well under the Court's General Orders, for the reasons set forth below.

Defendant Martha Amelia Gomez has pleaded guilty in this case. Defendant Deborah Martinez anticipates entering a plea on October 20, 2022. Neither of these defendants join this stipulation.

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jesus Calderon-Montes, by and through his counsel of record, hereby stipulate as follows:

1.  By this stipulation, defendant now moves to continue the status conference until November 17, 2022 at 9:30 AM, and to exclude time between October 20, 2022, and November 17, 2022 at 9:30 AM, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], as well as under the Court's

General Orders.

2. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and related documents, including approximately 170 pages of documents. There is also physical evidence associated with this case, including narcotics seized during the course of the investigation and arrest. All of this discovery has been either produced directly to counsel or made available for inspection.

b) Counsel for defendant and the government are currently discussing resolution of this matter. As part of this process, defense counsel desires additional time to review this discovery, as well as the current charges, to conduct investigation and research applicable law, to consult with her clients and to discuss with him potential resolution of his respective case, to file pretrial motions, and to otherwise prepare for trial.

c) Counsel for defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 20, 2022 to November 17, 2022 at 9:30 AM, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

2

///

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| Dated: October 18, 2022 | PHILLIP A. TALBERT<br>United States Attorney |
|---|---|
| | /s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: October 18, 2022 | /s/ CHRISTINA SINHA<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Counsel for Defendant<br>JESUS ENRIQUE CALDERON-MONTES |

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 18th day of October, 2022.

Troy L. Nunley
United States District Judge