HEATHER E. WILLIAMS, SBN 122664
Federal Defender
CHRISTINA SINHA, SBN 278893
Assistant Federal Defender
Designated Counsel for Service
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700
F: (916) 498-5710

Attorneys for Defendant
JESUS CALDERON MONTES

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESUS CALDERON MONTES<br><br>Defendant. | Case No. 2:20-CR-174-TLN<br><br>**STIPULATION AND ORDER TO CONVERT STATUS TO CHANGE OF PLEA HEARING; CONTINUE THE MATTER; AND EXCLUDE TIME**<br><br>Date: November 14, 2022<br>Time: 9:30 A.M.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED and agreed by and between United States Attorney Phillip Talbert, through Assistant United States Attorney James Conolly, counsel for Plaintiff; and Federal Defender Heather Williams, through Assistant Federal Defender Christina Sinha, counsel for Mr. Jesus Calderon Montes, that the status conference, currently set for November 17, 2022, **may be continued to December 08, 2022 at 9:30 A.M. and converted to a change of plea hearing. The parties further agree to a time exclusion, as detailed below.**

1. By prior stipulation, this matter was set for a status conference on November 17, 2022. ECF No. 65.

2. Defense counsel requires additional time to investigate and research possible defenses and sentencing issues, consult with her client (who is a monolingual Spanish speaker who has been moved to a distant jail), explore potential resolutions, and otherwise prepare for trial. Therefore, the defense requests to

1  continue this matter to December 08, 2022 for the above preparation, and asks
2  that the matter be set for a change of plea hearing at that time.

3. The government does not object to the above.

4. Therefore, the above-named parties stipulate that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Calderon Montes in a speedy trial, and request the Court so to find.

5. For the purpose of computing time under 18 U.S.C. § 3161 *et seq.* (Speedy Trial Act), the parties request that the time period between November 17, 2022 and December 08, 2022 (inclusive) be deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) (Local Code T4), because it would result from a continuance granted by the Court at the defense's request, based on a finding that the ends of justice served by granting the continuance outweighs the best interest of the public and Mr. Calderon Montes in a speedy trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: November 14, 2022

/s/ Christina Sinha
CHRISTINA SINHA
Assistant Federal Defender
Attorneys for Defendant
JESUS CALDERON MONTES

Date: November 14, 2022

PHILLIP A. TALBERT
United States Attorney

/s/ James Conolly
JAMES CONOLLY
Assistant United States Attorney
Attorneys for Plaintiff

Stipulation and Order to Continue Status
Conference and Exclude Time                  -2-                  *United States v. Calderon Montes et al.*,
                                                                   20-CR-174-TLN

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order.

IT IS SO ORDERED.

Dated: November 15, 2022

Troy L. Nunley
United States District Judge