PHILLIP A. TALBERT
United States Attorney
JAMES R. CONOLLY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JESUS ENRIQUE CALDERON-MONTES,<br>MARTHA AMELIA GOMEZ,<br>DEBORAH ANN MARTINEZ,<br><br>  Defendants. | CASE NO. 2:20-CR-174-TLN<br><br>STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; ORDER<br><br>DATE: December 8, 2022<br>TIME: 9:30 a.m.<br>COURT: Hon. Troy L. Nunley |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant Jesus Calderon-Montes, by and through his counsel of record, hereby stipulate as follows:

1. This case was set for a status conference and possible change of plea hearing on December 8, 2022, for defendant **Jesus Enrique Calderon-Montes**. Defendants Martha Amelia Gomez and Deborah Martinez have both entered guilty pleas in this case, with the former having been sentenced and the latter awaiting sentencing, and do not join in this stipulation.

2. By this stipulation, defendant now moves to continue the status conference until **January 19, 2023, at 9:30 a.m.**, and to exclude time between December 8, 2022, and January 19, 2023, under 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4], as well as under the Court's General Orders.

3. The parties agree and stipulate, and request that the Court find the following:

a) The government has represented that the discovery associated with this case includes investigative reports and related documents, including approximately 170 pages of documents. There is also physical evidence associated with this case, including narcotics seized during the course of the investigation and arrest. All of this discovery has been either produced directly to counsel or made available for inspection.

b) Counsel for defendant and the government are currently discussing resolution of this matter. As part of this process, defense counsel desires additional time to review this discovery, as well as the current charges, to conduct investigation and research applicable law, to consult with her clients and to discuss with him potential resolution of his respective case, to file pretrial motions, and to otherwise prepare for trial.

c) Counsel for defendant believes that the failure to grant the above-requested continuance would deny her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The defendant has also recently been moved to a facility that requires a longer traveling time for defense counsel to meet with him, which has delayed preparation to some degree.

d) The government does not object to the continuance.

e) Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of December 8, 2022 to January 19, 2023, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

///

///

///

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated: December 6, 2022 | PHILLIP A. TALBERT<br>United States Attorney<br><br>/s/ JAMES R. CONOLLY<br>JAMES R. CONOLLY<br>Assistant United States Attorney |
| Dated: December 6, 2022 | /s/ CHRISTINA SINHA<br>CHRISTINA SINHA<br>Assistant Federal Defender<br>Counsel for Defendant<br>JESUS ENRIQUE CALDERON-MONTES |

## ORDER

IT IS SO FOUND AND ORDERED this 6th day of December, 2022.

Troy L. Nunley
United States District Judge